Opinion issued January 10, 2008









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00567-CV

____________


IN RE CHEN-LOONG CHIANG, Relator






Original Proceeding on Petitionfor Writ of Mandamus






MEMORANDUM OPINION

 Relator, Chen-Loong Chiang, represents to this Court that he has settled all
matters in controversy with Eddy Y.C. Lin and, therefore, request this Court to
dismiss his petition for writ of mandamus. 

 We grant relator's motion to dismiss his petition for writ of mandamus. All
other pending motions in this original proceeding are overruled as moot. 


PER CURIAM

Panel consists of Justices Taft, Keyes, and, Alcala.